### SOUTHERN RAILWAY COMPANY *v.* WATSON.

Lewis, J. The evidence discloses no negligence on the part of the railroad con pany in the erection or maintenance of the stock-gap in passing over whic the plaintiff's mule was injured, and the verdict awarding damages to th plaintiff was therefore unwarranted.

*Judgment reversed. All the Justices concurring.*

Argued October 16,— Decided November 8, 1901.

Action for damages. Before Judge Henry. Floyd superic court. April 22, 1901.

*Shumate & Maddox, G. A. H. Harris & Son,* and *R. L. Chamle* for plaintiff in error. *Harper Hamilton,* contra.

---

### DANNENBERG *v.* MAYOR AND COUNCIL OF MACON *et al.*

Cobb, J. 1. The charter of the City of Macon confers upon the corporate a thorities of such city the power in their discretion to grant encroachmen upon its streets ; but it is required that the city authorities should pay "d regard to the interests of property-holders who are affected" by an encroac ment granted in a given case. *Kirtland* v. *Macon,* 66 *Ga.* 385 ; *Daly* v. *Ra road Co.,* 80 *Ga.* 793.

2. The record in the present case does not disclose such an abuse of discretio either on the part of the corporate authorities of the City of Macon, or of t judge whose decision is under review, as would authorize this court to rever his judgment refusing to grant an injunction to prevent the city authoriti from carrying into effect the ordinance granting an encroachment upon o of the streets of the city.

*Judgment affirmed. All the Justices concurring.*

Argued October 22, — Decided November 8, 1901.

Petition for injunction. Before Judge Felton. Bibb superi court. August 5, 1901.

*Hardeman, Davis, Turner & Jones,* for plaintiff. *Minter Wi berly, Roland Ellis,* and *Spencer R. Atkinson,* for defendants.